433 A.2d 135

Poole et al., Appellants v. Lewis et al.

534

Argued September 9, 1980. Joseph Mellace, for appellants; F. James Gallo, for Lewis, appellee. Diane C. Rothberg, did not file a brief on behalf of Philadelphia General Clinics, appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Appeal quashed.